STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section
U.S. Department of Justice, Criminal Division

Eduardo Palomo
Trial Attorney
Child Exploitation and Obscenity Section
U.S. Department of Justice, Criminal Division
1301 New York Avenue NW
Washington, D.C. 20005
Telephone: (202) 579-5738
Facsimile: (202) 514-1793

Attorneys for Plaintiff
United States of America

**FILED**
**Jun 06, 2024**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THELMO MENESES SANTOS, JR.<br><br>Defendant. | CASE NO. 1:24-cr-00124-NODJ-BAM<br><br>MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 6, 2024 charging the above defendant with violations of 18 U.S.C. §§ 2241(c) and 3261(a)(1) – Aggravated Sexual Abuse of a Child Committed by a Person Employed by the Armed Forces Outside the United States; 18 U.S.C. §§ 2243(a) and 3261(a)(1) – Sexual Abuse of a Minor Committed by a Person Employed by the Armed Forces Outside the United States (2 counts); 18 U.S.C. §§ 2244(a)(5) and 3261(a)(1) –Abusive Sexual Contact Committed by a Person Employed by the Armed Forces Outside the United States; 18 U.S.C. §§ 2244(a)(3) and 3261(a)(1) –Abusive Sexual Contact Committed by a Person

Employed by the Armed Forces Outside the United States., be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Dated: June 6, 2024

Respectfully submitted,

STEVEN J. GROCKI
Chief, Child Exploitation and Obscenity Section
U.S. Department of Justice, Criminal Division

By   /s/ EDUARDO PALOMO
EDUARDO PALOMO
Trial Attorney
U.S. Department of Justice

IT IS SO ORDERED.

Dated:  June 6, 2024

ERICA P. GROSJEAN
U.S. Magistrate Judge