| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | BRITTANY M. GUNTER<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile:  (559) 497-4099 |

**FILED**
Jun 20, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00124-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| THELMO MENESES SANTOS, JR., | |
| Defendant. | |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED

DATED: 6/20/2024

_Sheila K. Oberto_
UNITED STATES MAGISTRATE JUDGE