# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THELMO MENESES SANTOS,<br><br>Defendant. | Case No. 1:24-cr-00124-JAM-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF Nos. 17, 21, 24, 25) |

On August 14, 2024, Defendant Thelmo Meneses Santos filed a motion for bail review based upon new information that Defendant's sister is willing to act as a third-party custodian and have Defendant reside at her home in Tracy, California. (ECF No. 17.) On August 19, 2024, the Government filed an opposition brief. (ECF No. 21.) On August 21, 2024, the Court held a hearing on Defendant's motion, which was continued to September 5, 2024,[1] to allow the Government to submit emails allegedly sent by Defendant while in custody which show Defendant's attempts to communicate with the victims through third parties to persuade them to

---

[1] The Court originally set the continued hearing for September 6, 2024. (ECF No. 22.) On August 30, 2024, the Court advanced the hearing to September 5, 2024. (ECF No. 24.)

1

retract their reports. (ECF No. 22.) On September 4, 2024, the Government filed a supplemental opposition which contains informal translations of Defendant's emails. (ECF No. 25.) The Court held the continued hearing on September 5, 2024. Defendant appeared in custody with counsel Christina Corcoran. Counsel David Gappa and Eduardo Palomo appeared on behalf of the Government. Having considered the moving and opposition papers, as well as the arguments presented at the August 21, 2024 and September 5, 2024 hearings, the Court shall deny Defendant's motion for bail review.

A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

For the reasons stated on the record, Defendant's new information does not change the previous finding that there is no condition or combination of conditions which will reasonably assure the appearance of the Defendant and the safety of the community. Therefore, Defendant's motion for bail review is DENIED. The Defendant shall remain detained as a flight risk and danger to the community.

IT IS SO ORDERED.

Dated:   **September 6, 2024**

UNITED STATES MAGISTRATE JUDGE