HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
THELMO SANTOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THELMO SANTOS,<br><br>　　　　　　　　　　Defendant. | CASE NO.  1:24-CR-00124-JAM-BAM<br><br>STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; AND ORDER<br><br>PROPOSED DATE: March 12, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, accordingly stipulate as follows:

　　　　1.　　By previous order this matter was set for a status conference hearing on December 11, 2024.  The defense requests additional time for defense preparation and investigation.

　　　　2.　　By this stipulation, the parties agree that the next court date be on March 12, 2025.  The parties also agree to exclude time between December 11, 2024, and March 12, 2025, under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

　　　　3.　　The parties agree, and request that the Court find the following:

　　　　　　　a)　　The defense requests additional time for defense preparation and investigation. The government does not object to the continuance.

　　　　　　　b)　　Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the

1

original date prescribed by the Speedy Trial Act.

        c)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from December 11, 2024, to March 12, 2025, inclusive, is deemed excludable under 18 U.S.C. §§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the request of the parties on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ David Gappa*<br>DAVID L. GAPPA<br>Assistant United States Attorney<br><br><br>HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: December 4, 2024 | */s/ Christina Corcoran*<br>Christina Corcoran<br>COUNSEL FOR<br>THELMO SANTOS |

2

## **ORDER**

IT IS SO ORDERED that the status conference is continued from December 11, 2024, to **March 12, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __**December 4, 2024**__            /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE