MICHELE BECKWITH
Acting United States Attorney
EDUARDO PALOMO
Trial Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:24-CR-00124-JAM-BAM |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; AND ORDER |
| v. | PROPOSED DATE: May 28, 2025 |
| | TIME: 1:00 p.m. |
| THELMO MENESES SANTOS, JR., | COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1.     By previous order, this matter was set for a status conference hearing on March 12, 2025. The parties request additional time for preparation, investigation, and to discuss possible resolutions short of trial.

2.     By this stipulation, the parties agree that the next court date be on May 28, 2025. The parties also agree to exclude time between March 12, 2025 and May 28, 2025, under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

1

3.    The parties agree, and request that the Court find the following:

a.    The defendant requests additional time for preparation, investigation, and to discuss possible resolutions short of trial. The parties have conferred by telephone on March 5, 2025 and the defendant does not object to the continuance.

b.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from March 12, 2025 to May 28, 2025, inclusive, is deemed excludable under 18 U.S.C. §§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the request of the parties on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: March 5, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney

                                        */s/ Eduardo Palomo*
                                        Eduardo Palomo
                                        Trial Attorney

                                        */s/ David Gappa*
                                        David Gappa
                                        Assistant U.S. Attorney

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: March 5, 2025                    */s/ Christina Corcoran*
                                        Christina Corcoran
                                        COUNSEL FOR
                                        THELMO SANTOS

2

1

## ORDER

2

     IT IS SO ORDERED that the status conference is continued from March 12, 2025, to **May 28,**

3

**2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded

4

pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

5

6

7

IT IS SO ORDERED.

8

    Dated:  __**March 5, 2025**__          ___/s/ *Barbara A. McAuliffe*___

9

                           UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28