1  MICHELE BECKWITH
   Acting United States Attorney
2  EDUARDO PALOMO
   Trial Attorney
3  DAVID GAPPA
   Assistant United States Attorney
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
7  Attorneys for Plaintiff
   United States of America
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:24-CR-00124-JAM-BAM |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; AND ORDER |
| v. | |
| | PROPOSED DATE: August 13, 2025 |
| | TIME: 1:00 p.m. |
| THELMO MENESES SANTOS, JR., | COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on July 9, 2025. The parties request additional time for preparation, investigation, and to discuss possible resolutions short of trial.

2. By this stipulation, the parties agree that the next court date be on August 13, 2025. The parties also agree to exclude time between July 9, 2025 and August 13, 2025, under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

1

3. The parties agree, and request that the Court find the following:

    a. The defendant requests additional time for preparation, investigation, and to discuss possible resolutions short of trial. The parties have conferred by email on July 2, 2025 and the defendant does not object to the continuance.

    b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from July 9, 2025 to August 13, 2025, inclusive, is deemed excludable under 18 U.S.C. §§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the request of the parties on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: July 2, 2025　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Eduardo Palomo*
　　　　　　　　　　　　　　　　　　　Eduardo Palomo
　　　　　　　　　　　　　　　　　　　Trial Attorney

　　　　　　　　　　　　　　　　　　　*/s/ David Gappa*
　　　　　　　　　　　　　　　　　　　David Gappa
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender

Dated: July 2, 2025　　　　　　　　　　*/s/ Christina Corcoran*
　　　　　　　　　　　　　　　　　　　Christina Corcoran
　　　　　　　　　　　　　　　　　　　COUNSEL FOR
　　　　　　　　　　　　　　　　　　　THELMO SANTOS

2

**ORDER**

IT IS ORDERED that the status conference is continued from July 9, 2025 to August 13, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). <u>If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.</u>

IT IS SO ORDERED.

Dated:    **July 2, 2025**              /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE