ERIC GRANT
United States Attorney
EDUARDO PALOMO
Trial Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:24-cr-00124-JAM-EPG |
| Plaintiff, | **<u>FIRST</u> STIPULATION AND ORDER TO CONTNUE SENTENCING HEARING** |
| v. | PROPOSED DATE: Tuesday, March 24, 2026 TIME: 9:00 a.m. |
| THELMO MENESES SANTOS, JR., | COURT: Hon. John A. Mendez |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1.     By previous order, this matter was set for a sentencing hearing on February 10, 2026. The parties request that the sentencing hearing be rescheduled for Tuesday, March 24, 2026 at 9:00 a.m.

2.     Government counsel, Trial Attorney Eduardo Palomo, is scheduled to begin trial in *United States v. Cody Prater*, No. 2:25-cr-00056 (S.D. Ohio) on February 2, 2026. At a pretrial hearing in *United States v. Prater* on January 14, 2026, defense counsel in that matter informed the court that they expect trial to last 7 days. Trial may therefore conclude on or after February 10, 2026, which is the currently

1

scheduled date for sentencing in the instant matter. Accounting for travel from Columbus, Ohio to Sacramento, California, it is unlikely that Mr. Palomo will be able to be present for currently scheduled sentencing hearing in this matter. The parties stipulate that the requested continuance is necessary to allow for continuity of counsel.

3.    By this stipulation, the parties agree that the sentencing hearing in this matter be rescheduled for Tuesday, March 24, 2026 at 9:00 a.m.

4.    The parties have conferred by email on January 20, 2026 and the defendant does not object to the continuance.

Dated: January 21, 2026                    ERIC GRANT
                                           United States Attorney

                                           /s/ Eduardo Palomo
                                           Eduardo Palomo
                                           Trial Attorney

                                           /s/ David Gappa
                                           David Gappa
                                           Assistant U.S. Attorney

                                           HEATHER E. WILLIAMS
                                           Federal Defender

Dated: January 21, 2026                    /s/ Christina Corcoran
                                           Christina Corcoran
                                           COUNSEL FOR
                                           THELMO SANTOS

2

## ORDER

The sentencing hearing in this matter is **CONTINUED** from February 10, 2026, to **Tuesday, March 24, 2026, at 9:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.


Dated:  January 21, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE